969 A.2d 1121

IN THE MATTER OF JONATHAN FRIEDMAN,
AN ATTORNEY AT LAW.

May 6, 2009.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 08–287, recommending that **JONATHAN FRIEDMAN** of **FREEHOLD,** who was admitted to the bar of this State in 1987, be disbarred for violating *RPC* 1.15(a) (knowing misappropriation of client funds), *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and the principles of *In re Wilson,* 81 *N.J.* 451, 409 *A.2d* 1153 (1979);

And **JONATHAN FRIEDMAN** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **JONATHAN FRIEDMAN** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys; and it is further

ORDERED that **JONATHAN FRIEDMAN** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that all funds, if any, currently existing or hereinafter deposited in any New Jersey financial institution maintained by **JONATHAN FRIEDMAN** pursuant to *Rule* 1:21–6 be restrained from disbursement except on application to this Court, for good cause shown, and shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending the further Order of this Court; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.